[No. 40259-5-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. THOUY
SYVILAYLACK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-06643-7, Anthony P. Wartnik, J., entered
January 27, 1997. *Dismissed* by unpublished per curiam
opinion.

[No. 40319-2-I.    Division One.    March 23, 1998.]

STEVENS HOUSING CO-OP I, *Respondent*, v. JOE GUIFFRE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-02428-5, Suzanne M. Barnett, J., entered
March 6, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 16903-1-III.    Division Three.    March 24, 1998.]

MATTHEW A. FAILING, *Appellant*, v. NEAL A. DEGERSTROM,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-2-03234-1, Paul A. Bastine, J.,
entered November 7, 1996. *Affirmed* by unpublished
opinion per Sweeney, J., concurred in by Schultheis, C.J.,
and Kurtz, J.

[No. 15801-2-III.    Division Three.    March 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PAMELA RUTH
REID, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-02445-0, Paul A. Bastine, J.,
entered May 15, 1996. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Sweeney and Kato, JJ.